**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
DISTRICT OF MINNESOTA

Case number *(if known)* _____   Chapter **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Division 2 Trucking Company** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-2488239** |
| 4. | **Debtor's address** | **Principal place of business** **12491 Zinran Ave.** **Savage, MN 55378-1082** Number, Street, City, State & ZIP Code  **Scott** County  **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **Division 2 Trucking Company** _____ Case number (*if known*) _____
     Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

---

Debtor **Division 2 Trucking Company**  Case number (*if known*) _____
Name

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99      ☐ 5001-10,000     ☐ 50,001-100,000<br>☐ 100-199    ☐ 10,001-25,000    ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000                ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion<br>■ $50,001 - $100,000           ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000                ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000           ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million     ☐ More than $50 billion |

Debtor **Division 2 Trucking Company**     Case number (*if known*)
       Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 16, 2025**
                MM / DD / YYYY

**X**   **/s/ Michael Hudalla**           **Michael Hudalla**
     Signature of authorized representative of debtor      Printed name

Title   **Principal**

**18. Signature of attorney**

**X**   **/s/ Joel D. Nesset**        Date   **July 16, 2025**
     Signature of attorney for debtor                  MM / DD / YYYY

**Joel D. Nesset**
Printed name

**Cozen O'Connor**
Firm name

**33 S. 6th Street**
**Suite 3800**
**Minneapolis, MN 55402**
Number, Street, City, State & ZIP Code

Contact phone   **612-260-9000**     Email address   **jnesset@cozen.com**

**030475X**   **MN**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Division 2 Trucking Company** |
| United States Bankruptcy Court for the: | **DISTRICT OF MINNESOTA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Southgate Lease Services<br>2385 S 179th Suite B<br>New Berlin, WI 53146 | 866-727-2970 | Trade Debt | | | | $1,017,569.22 |
| Internal Revenue Service<br>Ogden, UT 84201-0039 | 800-829-0115 | Payroll Tax | | | | $791,543.20 |
| Blade Funding Corp.<br>18851 NE 29th Ave.<br>Miami, FL 33180 | 732-554-0879 | | | | | $458,708.00 |
| George Heriot<br>168 6th St East<br>Saint Paul, MN 55101 | 612-226-0600 | | | | | $413,525.43 |
| River Country Cooperative<br>9072 Cahill Avenue<br>Inver Grove Heights, MN 55076 | 651-451-1151 | Trade Debt | | | | $227,784.82 |
| Rowan Advanced Group<br>c/o David Fogel, Esq.<br>1225 Franklin Avenue Suite 201<br>Garden City, NY 11530 | 516-279-1420 | | | | | $103,712.50 |
| Lexington Recovery<br>222 West 37th Street 9th Floor<br>New York, NY 10018 | 647-621-2347 | | | | | $83,504.45 |

Debtor **Division 2 Trucking Company**  
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Minnesota Department of Revenue<br>600 North Robert St.<br>Saint Paul, MN 55101 | 651-269-6141 | Unemployment Tax | | | | $81,049.64 |
| Headway Capital<br>175 W Jackson Blvd.<br>Suite 1000<br>Chicago, IL 60604 | 866-698-8494 | | | | | $78,425.37 |
| Bluevine Bank<br>30 Montgomery St.<br>Suite 1400<br>Jersey City, NJ 07302 | 888-216-9619 | | | | | $74,000.00 |
| Waterford Oil Company Inc.<br>P.O. Box 508<br>1500 Riverview Dr.<br>Northfield, MN 55057 | 507-645-2226 | Trade Debt | | | | $71,016.28 |
| TCOS-Twin City Outdoor Services<br>14430 21st Ave North<br>Plymouth, MN 55447 | 763-235-2400 | Trade Debt | | | | $69,429.25 |
| Concrete Mobility, LLC<br>1207 Cardinal Ave. N.<br>Glencoe, MN 55336 | 320-864-3741 | Trade Debt | | | | $61,165.00 |
| Upstart Network<br>2950 South Delaware Street Suite 4<br>San Mateo, CA 94403 | 833-727-0998 | | | | | $48,000.00 |
| Lawrence Funding Group<br>c/o Ershowsky Verstandig PLLC<br>Attn: Joseph S Jacobs<br>290 Central Ave., Suite 109<br>Lawrence, NY 11559 | 516-400-7163 | | | | | $44,600.00 |
| Agriland FS, Inc.<br>421 N 10th Street<br>Winterset, IA 50273 | 515-462-2644 | | | | | $39,493.13 |

Debtor **Division 2 Trucking Company**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Minnesota Department of Revenue**<br>600 North Robert St.<br>Saint Paul, MN 55101 | 651-269-6141 | **Sales Tax** | | | | $28,936.58 |
| **Prosper Loan**<br>Prosper Marketplace<br>221 Main Street, Suite 300<br>Attn: Legal Department<br>San Francisco, CA 91405 | 866-615-6319 | | | | | $19,562.00 |
| **Hart Bros Tire Company**<br>8300 126th Street West<br>Savage, MN 55378 | 952-736-8389 | **Trade Debt** | | | | $14,239.08 |
| **Northern Diesel Performance**<br>d/b/a Northern<br>16064 149th St. SE<br>Big Lake, MN 55309 | 612-222-5305 | **Trade Debt** | | | | $12,625.00 |

```
AGRILAND FS, INC.
421 N 10TH STREET
WINTERSET IA 50273


AT&T
P.O. BOX 6418
CAROL STREAM IL 60197


AVION FUNDING LLC
200 CENTRAL AVE.
FARMINGDALE NJ 07727


BLADE FUNDING CORP.
18851 NE 29TH AVE.
MIAMI FL 33180


BLUEVINE BANK
30 MONTGOMERY ST.
SUITE 1400
JERSEY CITY NJ 07302


BMO COMMERCIAL BANK
3925 FOUNTAINS BLVD. NE
SUITE 105
CEDAR RAPIDS IA 52411


BOYER TRUCKS
BOYER FORD TRUCKS INC.
P.O. BOX 335
BRIGHTON CO 80601


CAINE & WEINER
12005 FORD RD.
SUITE 300
DALLAS TX 75234


CENTERPOINT ENERGY
P.O. BOX 4671
HOUSTON TX 77210-4671
```

```
CENTURYLINK
P.O. BOX 4259
MONROE LA 71211




CINTAS CORPORATION #0754
3375 MIKE COLLINS DRIVE
EAGAN MN 55121




CITY OF SAVAGE
6000 MCCOLL DRIVE
SAVAGE MN 55378




CONCRETE MOBILITY, LLC
1207 CARDINAL AVE. N.
GLENCOE MN 55336




DIVISION V SHEET METAL, INC.
218 OHIO STREET
SAINT PAUL MN 55107




DZ TRUCKING LLC
P.O. BOX 132
PRESCOTT WI 54021




GEORGE HERIOT
168 6TH ST EAST
SAINT PAUL MN 55101




HART BROS TIRE COMPANY
8300 126TH STREET WEST
SAVAGE MN 55378




HEADWAY CAPITAL
175 W JACKSON BLVD.
SUITE 1000
CHICAGO IL 60604
```

```
INTERNAL REVENUE SERVICE
OGDEN UT 84201-0039




LAWRENCE FUNDING GROUP
C/O ERSHOWSKY VERSTANDIG PLLC
ATTN: JOSEPH S JACOBS
290 CENTRAL AVE., SUITE 109
LAWRENCE NY 11559




LEXINGTON RECOVERY
222 WEST 37TH STREET
9TH FLOOR
NEW YORK NY 10018




MEDIACOM BUSINESS
P.O. BOX 110
WASECA MN 56093




MICHAEL HUDALLA
250 20TH AVE NORTH
HOPKINS MN 55343




MICHAEL J MERRITT, CPA, LTD.
3181 FERNBROOK LANE N.
PLYMOUTH MN 55447




MINNESOTA DEPARTMENT OF REVENUE
600 NORTH ROBERT ST.
SAINT PAUL MN 55101




MINNESOTA VALLEY ELECTRIC CORP.
125 MINNESOTA VALLEY ELECTRIC DRIVE
JORDAN MN 55352




NORTHERN DIESEL PERFORMANCE
D/B/A NORTHERN
16064 149TH ST. SE
BIG LAKE MN 55309
```

```
PROSPER LOAN
PROSPER MARKETPLACE
221 MAIN STREET, SUITE 300
ATTN: LEGAL DEPARTMENT
SAN FRANCISCO CA 91405



RIVER COUNTRY COOPERATIVE
9072 CAHILL AVENUE
INVER GROVE HEIGHTS MN 55076



ROWAN ADVANCED GROUP
C/O DAVID FOGEL, ESQ.
1225 FRANKLIN AVENUE
SUITE 201
GARDEN CITY NY 11530



SBA
330 2ND AVE SOUTH
SUITE 430
MINNEAPOLIS MN 55401



SOUTHGATE LEASE SERVICES
2385 S 179TH
SUITE B
NEW BERLIN WI 53146



STANDARD INSURANCE COMPANY
1100 SW SIXTH AVENUE
PORTLAND OR 97204



TCOS-TWIN CITY OUTDOOR SERVICES
14430 21ST AVE NORTH
PLYMOUTH MN 55447



UNITED CONSUMER FINANCIAL
865 BASSETT ROAD
WESTLAKE OH 44145
```

```
UPSTART NETWORK
2950 SOUTH DELAWARE STREET
SUITE 4
SAN MATEO CA 94403



VOLVO FINANCIAL SERVICES
8003 PIEDMONT TRIAD PARKWAY
GREENSBORO NC 27409



WATERFORD OIL COMPANY INC.
P.O. BOX 508
1500 RIVERVIEW DR.
NORTHFIELD MN 55057



ZINRAN PROPERTIES, LLC
6592 RUSTIC ROAD SE
PRIOR LAKE MN 55372
```

# United States Bankruptcy Court
### District of Minnesota

In re   **Division 2 Trucking Company**                         Case No.
                        Debtor(s)                               Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Division 2 Trucking Company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 16, 2025**                                               **/s/ Joel D. Nesset**
Date                                                            **Joel D. Nesset**
                                                                Signature of Attorney or Litigant
                                                                Counsel for   **Division 2 Trucking Company**
                                                                **Cozen O'Connor**
                                                                **33 S. 6th Street**
                                                                **Suite 3800**
                                                                **Minneapolis, MN 55402**
                                                                **612-260-9000 Fax:612-260-9080**
                                                                **jnesset@cozen.com**