**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Division 2 Trucking Company,

Debtor.

Bankr. No. 25-32182

Chapter 11

**ORDER: (I) GRANTING REQUEST FOR EXPEDITED RELIEF; AND (II)
APPROVING STIPULATION FOR EXTENSION OF TIME TO ASSUME OR REJECT
NON-RESIDENTIAL REAL PROPERTY LEASE WITH ZINRAN PROPERTIES, LLC**

This case came before the court on the Debtor's motion for an order seeking expedited relief and approval of a Stipulation ("Stipulation") for Extension of Time to Assume Lease between the Debtor and Zinran Properties, LLC ("Zinran").  Based on the arguments of counsel and all the files, records, and proceedings,

IT IS ORDERED:

1.      The request for expedited relief is granted.

2.      The Stipulation is approved, and the Debtor and Zinran are authorized to perform according to its terms. Without limiting the generality of the foregoing:

   a.   The deadline for the Debtor to assume or reject the Lease (as defined in the Stipulation) shall be extended until September 30, 2026, or such date as may be provided under a confirmed plan of reorganization, whichever is sooner.

   b.   The Debtor shall pay Zinran the $100.00 fee for late payment of August 2025 rent by no later than five (5) days after entry of this Order.

Dated: *July 24, 2026*

_s/ Katherine A. Constantine_
Katherine A. Constantine
Chief United States Bankruptcy Judge