## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**In re:**

                                                              **Chapter 11**

**Division 2 Trucking Company,**

                                                              **Bankruptcy No. 25-32182**

                    **Debtor.**

## UNSWORN CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury that on July 30, 2026, he

caused to be filed electronically the following:  United States Trustee's Limited

Objection to Confirmation of Modified Chapter 11 Plan, Memorandum of Law, and

Proposed Order, thereby generating electronic service upon all entities registered as

CM/ECF users in this case.  He also caused service of the foregoing documents on

the individuals or entities listed below via first-class mail at the addresses stated below:

Division 2 Trucking Company
Attn. Michael Hudalla
12491 Zinran Ave.
Savage, MN 55378-1082


Executed on: July 30, 2026                    **s/    Colin Kreuziger**
                                               **Colin Kreuziger**
                                               **United States Department of Justice**