**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Case No.: 25-32182

Division 2 Trucking Company, Chapter 11

Debtor.

**REPORT OF BALLOT TABULATION**

Division 2 Trucking Company, the Debtor in the above-captioned case, submits this Report of Ballot Tabulation with respect to its Modified Plan of Reorganization pursuant to Local Rule 3020-1(b) and the Court's Order Approving Disclosure Statement and Notice for Hearing on Confirmation of Plan (Docket No. 110).

| | | | |
|---|---|---|---|
| **Class 1** | Accepting | 1 | $221,774.86 |
| | Rejecting | 0 | $0.00 |
| | Percent Accepting | 100% | 100% |
| **Class 2** | Accepting | 1 | $400,250.39 |
| | Rejecting | 0 | $0.00 |
| | Percent Accepting | 100% | 100% |
| **Class 3** | Accepting | 0 | $0.00 |
| | Rejecting | 0 | $0.00 |
| | Percent Accepting | - | - |
| **Class 4** | Accepting | 1 | $6,970.81 |
| | Rejecting | 0 | $0.00 |
| | Percent Accepting | 100 | 100 |
| **Class 5** | Accepting | 0 | $0.00 |
| | Rejecting | 0 | $0.00 |
| | Percent Accepting | - | - |

The undersigned certifies under penalty of perjury that he has examined the ballots in this case and the report above is an accurate summary of those ballots to the best of his knowledge, information, and belief.

Dated: August 4, 2026

**COZEN O'CONNOR**

*/s/ Joel D. Nesset*

Joel D. Nesset (030475X)
150 South Sixth Street, Suite 1200
Minneapolis, MN 55402
Telephone: 612-260-9000

*Attorneys for the Debtor*